Commonwealth ex rel. Carr, Appellant, *v.* Ceraul.

Submitted September 13, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*John D. Carr*, appellant, in propria persona.

*Russell Kowalyshyn*, Assistant District Attorney, and *Andrew L. Herster, Jr.*, District Attorney, for appellee.

OPINION PER CURIAM, November 16, 1961:

The order of the court below is affirmed on the opinion of Judge PALMER of the Court of Common Pleas of Northampton County, as reported in 25 Pa. D. & C. 2d 312.